**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA**

v.  **CRIMINAL NO. 2:24-CR-38-KS-MTP**

**STEPHEN T. MELLINGER III**

## NOTICE OF INTENT TO ENTER GUILTY PLEA

COMES NOW, The Defendant, STEPHEN T. MELLINGER III, by and through his counsel of record, and states that the Defendant and the Government propose to enter into a Plea Agreement to be tendered to this Honorable Court pursuant to Rule 11 of the Federal Rules of Criminal Procedure on a date to be determined in Criminal Case Number 2:25-cr-04-KS-MTP. This Notice is entered to interrupt the Speedy Trial Clock pursuant to Title 18, United States Code, Section 3161(h)(1)(G).

RESPECTFULLY SUBMITTED this the 13th day of February 2025.

STEPHEN T. MELLINGER III
Defendant

 */s/ Sean Buckley*
Sean Buckley
Counsel for the Defendant
Mississippi Bar No. 106541
175 Main Street, Suite A
Biloxi, Mississippi 39530
TEL: (228) 933-4411
Sean@SeanBuckleyLaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that this day, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification to all ECF participant(s) of this record.

DATED Thursday, February 13, 2025.

                                                 */s/ Sean Buckley*
                                                 SEAN BUCKLEY
                                                 Counsel for the Defendant